IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD BANKS, | ) | |
| | ) | Civil Action No. 06 - 253J |
| Plaintiff, | ) | |
| | ) | Judge Kim R. Terrence F. McVerry / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| PHD JEFFREY A. BEARD, Secretary of the Department of Corrections; JOHN S. SHAFFER, PHD, Exec. Deputy Secretary; DONLAD T. VAUGH, Deputy Secretary; DONALD WILLIAMSON, Chief of Transfer Transportation & Records Bureau of Inmate Services; DR. FREDERICK MAUE, Chief Psychiatrist of Clinical Services; DR. LANCE COUTURIER, Chief Psychologist of Services; SUPERINTENDENT DAVID J. GOOD; MICHAEL F. KNOTT, Deputy Supt. for Facility Management; KAREN NOLAN, Unit Managers S.S.N.U.; FRANCIS PIROZOLLA, Corr. Lieutenant; LADD OWEYO, Chaplaincy Program Director; DAVE ROBERTS, Deputy Supt. For Centralized Services; JAMES HARRINGTON, Chief Psychologist; and JAMIE BOYLE, Major. | ) | |
| Defendants. | ) | |

**ORDER**

The above captioned case was transferred to the Western District of Pennsylvania, Pittsburgh Division, from the Middle District of Pennsylvania. Currently, this action remains dormant, as Plaintiff has provided neither the appropriate number of copies of his 81 page complaint for the Court to effectuate service, nor the required service forms. The Plaintiff must provide a copy of the complaint as well as a U.S. Marshal Form 285 and a Notice of Lawsuit and Waiver of Service of Summons form for each named Defendant. Service will be ordered once

the Court receives these items. Therefore,

**IT IS ORDERED** this 9th day of January, 2007, that the Plaintiff provide the Court with a true and correct copy of his Complaint (Doc. Nos. 3 and 4) as well as a completed U.S. Marshal Form 285 and a completed Notice of Lawsuit and Waiver of Service of Summons for each and every Defendant, no later than February 9, 2007.

**IT IS FURTHER ORDERED** that failure to provide sufficient copies of the complaint, or completed service forms, by February 9, 2007, will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court provide the Plaintiff with a true and correct copy of his complaint so that he may make service copies

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   Kim R. Gibson
      United States District Judge

      Ronald Banks
      DZ - 5843
      S.C.I. Fayette
      50Overlook Drive
      P.O. Box 9999
      LaBelle, PA 15450-1050