IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RONALD BANKS, | ) | |
| --- | --- | --- |
| PLAINTIFF, | ) | C.A. No. 06-253 |
| | ) | |
| v. | ) | District Judge Joy Flowers Conti |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| SUPERINTENDENT DAVID J. GOOD | ) | |
| MICHAEL F. KNOTT, KAREN NOLAN, | ) | |
| FRANCIS PIROZOLLA, and LADD | ) | |
| OWEYO, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MEMORANDUM ORDER

The case filed by plaintiff Ronald Banks ("Banks" or "plaintiff") was transferred from the United States District Court for the Middle District of Pennsylvania on November 30, 2006, and referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge's report and recommendation (ECF No. 201), filed on April 20, 2011, recommended that plaintiff's Motion for Clarification of Plaintiff's Motion for Preliminary Injunction (ECF No. 199) be denied as this court has no power to issue an injunction against non-parties. Service was made on plaintiff at his address of record and he was advised that he had fourteen days to file written objections. No objections have been filed.

After de novo review of the pleadings and the documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 14th day of June 2011;

**IT IS HEREBY ORDERED** that plaintiff's Motion for Clarification of Plaintiff's Motion for Preliminary Injunction (ECF No. 199) is **DENIED**.

1

**IT IS FURTHER ORDERED** that the report and recommendation of the magistrate judge dated April 20, 2011 (ECF No. 201), is **ADOPTED** as the opinion of the court.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: Ronald Banks, DZ-5843
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510